IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 2 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02235-BNB

CLEVELAND JOHNSON, JR.,

    Plaintiff,

v.

HARLEY G. LAPPIN, Director, Federal Bureau of Prisons (F.B.O.P.),
RENE GARCIA, Warden, Federal Correctional Institution (FCI), F.B.O.P.,
C. BELL, Safety Manager, FCI-Englewood, F.B.O.P.,
MICHAEL NALLY, Regional Director, F.B.O.P.,
HARRELL WATTS, Administrator, National Inmates Appea[l]s, F.B.O.P.,
LT. WHITE, Corrections Officer-Lt., FCI-Englewood, F.B.O.P.,
LT. CLINE, Corrections Officer-Lt., FCI-E[n]glewood, F.B.O.P.,
LT. KIDWILER, Corrections Officer-Lt., FCI-Englewood, F.B.O.P.,
OFFICER HENDRICKS, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER LOCKE, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER VIGIL, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER CURRAN, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER ILLARAZA, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER W. LACY, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER RUTSAY, (REC,) Officer, FCI-Englewood, F.B.O.P.,
OFFICER WALKER, (REC.) Officer, FCI-Englewood, F.B.O.P.,
OFFICER N. WILLIAMS, Supervisor (Paint Shop), FCI-Englewood, F.B.O.P.,
OFFICER PROFITT, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER McMURTREY, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER JANSSEN, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER J. COOPER, Corrections Officer, FCI-Englewood, F.B.O.P., and
OFFICER KOUGH, Corrections Officer, FCI-Englewood, F.B.O.P.,

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 22, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02235-BNB

Cleveland Johnson, Jr.
Reg No. 95894-004
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/22/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk