IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-02235-REB-CBS

CLEVELAND JOHNSON, JR.,

    Plaintiff,

v.

HARLEY G. LAPPIN, Director, Federal Bureau of Prisons (F.B.O.P.),
RENE GARCIA, Warden, Federal Correctional Institution (FCI), F.B.O.P.,
C. BELL, Safety Manager, FCI-Englewood, F.B.O.P.,
MICHAEL NALLY, Regional Director, F.B.O.P.,
HARRELL WATTS, Administrator, National Inmates Appea[l]s, F.B.O.P.,
LT. WHITE, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
LT. CLINE, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
LT. KIDWILER, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
OFFICER HENDRICKS, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER LOCKE, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER VIGIL, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER CURRAN, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER ILLARAZA, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER W. LACY, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER RUTSAY, (REC) Officer, FCI-Englewood, F.B.O.P.,
OFFICER WALKER, (REC) Officer, FCI-Englewood, F.B.O.P.,
OFFICER N. WILLIAMS, Supervisor (Paint Shop) FCI-Englewood, F.B.O.P.,
OFFICER PROFITT, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER McMURTREY, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER JANSSEN, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER J. COOPER, Corrections Officer, FCI-Englewood, F.B.O.P., and
OFFICER KOUGH, Corrections Officer, FCI-Englewood, F.B.O.P.,

    Defendants.

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 6 2010

GREGORY C. LANGHAM
    CLERK

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated October 25, 2010, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02235-REB-CBS

Cleveland Johnson, Jr.
Reg. No. 9584-004
FCI - Englewood
9595 West Quincy Avenue
Littleton, CO 80123

Harley G. Lappin, Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Michael Nalley, Regional Director – **CERTIFIED**
North Central Regional Office
Gateway Complex, Tower II, 8th Floor
400 State Avenue, Suite 800
Kansas City, KS 66101-2492

Harrell Watts, Administrator – **CERTIFIED**
Office of General Counsel
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

US Marshal Service
Service Clerk
Service forms for: Rene Garcia, C. Bell, Lt. White, Lt. Cline, Lt. Kidwiler, Officer Hendricks, Officer Locke, Officer Vigil, Officer Curran, Officer Illaraza, Officer W. Lacy, Officer Rutsay, Officer Walker, Officer N. Williams, Officer Profitt, Officer McMurtrey, Officer Janssen, Officer J. Cooper, and Officer Kough,

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Rene Garcia, C. Bell, Lt. White, Lt. Cline, Lt. Kidwiler, Officer Hendricks, Officer Locke, Officer Vigil, Officer Curran, Officer Illaraza, Officer W. Lacy, Officer Rutsay, Officer Walker, Officer N. Williams, Officer Profitt, Officer McMurtrey, Officer Janssen, Officer J. Cooper, and Officer Kough; to Harrell Watts; to Harley Lappin; to Michael Nalley; to United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 9/13/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/26/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk