IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-02235-REB-CBS

CLEVELAND JOHNSON, JR.,

    Plaintiff,

v.

HARLEY G. LAPPIN, Director, Federal Bureau of Prisons (F.B.O.P.),
RENE GARCIA, Warden, Federal Correctional Institution (FCI), F.B.O.P.,
C. BELL, Safety Manager, FCI-Englewood, F.B.O.P.,
MICHAEL NALLY, Regional Director, F.B.O.P.,
HARRELL WATTS, Administrator, National Inmates Appea[l]s, F.B.O.P.,
LT. WHITE, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
LT. CLINE, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
LT. KIDWILER, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
OFFICER HENDRICKS, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER LOCKE, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER VIGIL, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER CURRAN, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER ILLARAZA, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER W. LACY, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER RUTSAY, (REC) Officer, FCI-Englewood, F.B.O.P.,
OFFICER WALKER, (REC) Officer, FCI-Englewood, F.B.O.P.,
OFFICER N. WILLIAMS, Supervisor (Paint Shop) FCI-Englewood, F.B.O.P.,
OFFICER PROFITT, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER McMURTREY, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER JANSSEN, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER J. COOPER, Corrections Officer, FCI-Englewood, F.B.O.P., and
OFFICER KOUGH, Corrections Officer, FCI-Englewood, F.B.O.P.,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Motion to Vacate Scheduling Conference (*doc. # 49)* is GRANTED in part, and the March 3, 2011 Scheduling Conference is **converted** to a Status

Conference on **March 3, 2011, at 10:00 a.m.,** in Courtroom A402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLOL.CIVR. 16.2 and 26.1.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 844-2117** at the scheduled time.

**DATED:**         February 17, 2011