IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02235-REB-CBS

CLEVELAND JOHNSON, JR.,

    Plaintiff,

v.

HARLEY G. LAPPIN, Director, Federal Bureau of Prisons (F.B.O.P.),
MICHAEL NALLEY (misspelled in the original caption as "Michael Nally"), Regional
Director, F.B.O.P., and
HARRELL WATTS, Administrator, National Inmates Appeals, F.B.O.P.,
RENE GARCIA, Warden, Federal Correctional Institution (FCI), F.B.O.P.,
C. BELL, Safety Manager, FCI-Englewood, F.B.O.P.,
LT. WHITE, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
LT. CLINE, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
LT. KIDWILER, Corrections Officer-Lt. FCI-Englewood, F.B.O.P.,
OFFICER HENDRICKS, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER LOCKE, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER VIGIL, Unicor-Staff Member, FCI-Englewood, F.B.O.P.,
OFFICER CURRAN, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER ILLARAZA, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER W. LACY, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER RUTSAY, (REC) Officer, FCI-Englewood, F.B.O.P.,
OFFICER WALKER, (REC) Officer, FCI-Englewood, F.B.O.P.,
OFFICER N. WILLIAMS, Supervisor (Paint Shop) FCI-Englewood, F.B.O.P.,
OFFICER PROFITT, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER McMURTREY, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER JANSSEN, Corrections Officer, FCI-Englewood, F.B.O.P.,
OFFICER J. COOPER, Corrections Officer, FCI-Englewood, F.B.O.P., and
OFFICER KOUGH, Corrections Officer, FCI-Englewood, F.B.O.P.,

    Defendants.

_____

ORDER TO CURE DEFICIENCY
_____

Blackburn, Judge

Plaintiff submitted  a Notice of Appeal on August 15, 2011 .  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
 <u>X</u>      is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
 <u>X</u>      is not submitted
 __      is missing affidavit
 __      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
 __      is missing required financial information
 __      is missing an original signature by the prisoner
 __      is not on proper form (must use the court's current form)
 __      other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 16th day of August, 2011.

BY THE COURT:

s/ Robert E. Blackburn

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO